UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 8:05-Cr-530-T-30EAJ

YASMANY SAME,

    Defendant.

**PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC
PROPERTY AND ORDER OF FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the court upon the filing of the Motion (Dkt. #367) of the United States of America for entry of a Preliminary Order of Forfeiture, **which, upon entry, shall become a final order of forfeiture as to defendant Yasmany Same's, right, title, and interest** in the following specific property**:**

    1. Real property located at 13003 Whisper Bay Place, Tampa, Florida 33618, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

    LOT 2, WHISPER SOUND SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 48, PAGE 44, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

    PARCEL: U0928180YS00000000002.0;

    2. Real property located at 3937 Versailles Drive, Tampa, Florida 33618, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

    LOT 13, DANA SHORES, UNIT NUMBER 3, SECTION A, ACCORDING TO THE MAP OR PLAT THEREOF, AS

        RECORDED IN PLAT BOOK 36, PAGE 65 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA;

3. Real property located at 1514/1516 a/k/a 1510 S. Habana Avenue, Tampa, Florida 33629, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   THE NORTH 55.50 FEET OF THE SOUTH 111.50 FEET OF THE WEST ½ OF LOT 1, BLOCK 5, REVISED MAP OF HOLDEN'S SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 2 ON PAGE 19 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

   PARCEL: A2729183OY00000500001.2;

4. Real property located at 10124 Woodsong Way, Tampa, Florida 33618, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   Lot 1, WHITE TROUT ESTATES SUBDIVISION, according to the map or plat thereof, as recorded in Plat Book 42, Page 101, of the Public Records of Hillsborough County, Florida

   Parcel Identification Number: U-15-28-18-125-000000-00001.0;

5. Real property located at 18509 Walker Road, Lutz, Florida 33549, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   From the Southwest corner of U.S. Government Lot 8, Section 7, Township 27 South, Range 19 East, Hillsborough County, Florida, run North along the West boundary of said Lot 8, for a distance of 30 feet, thence run North 89 degrees 44 minutes East, parallel with the South boundary of said Lot 8 for a distance of 25.00 feet to an iron rod; thence run North 199.0 feet to the Point of Beginning; thence run North 89 degrees 44 minutes East for a distance of 236.00 feet, thence run North for a distance of 137.26 feet, thence run North 75 degrees 49

    minutes 10 seconds West within Sherry Brook for a distance of 243.42 feet, thence run South for a distance of 198.00 feet to the Point of Beginning.

    Parcel Identification Number: U-07-27-19-ZZZ-000001-15050.0;

6. Real property located at 17817 Deerfield Drive, Lutz, Florida 33558, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

    Tract 319 of the unrecorded plat of SIERRA PINES, being further described as follows: Commence at the Southeast corner of Section 32, Township 26 South, Range 18 East, Pasco County, Florida; run thence North 00°23'37" East along the East boundary of said Section 32, a distance of 3002.02 feet; thence North 89°42'55" West, a distance of 1854.55 feet; thence North 00°02'19" West, a distance of 2082.51 feet to the North boundary of said Section 32; thence North 89°42'00" West along the North boundary of said Section 32, a distance of 1538.0 feet; thence South 00°02'19" East, a distance of 790.4 feet for a Point of Beginning; thence North 89°42'00" West, a distance of 400 feet; thence South 00°02'19" East, a distance of 150.0 feet; thence South 89°42'00" East, a distance of 400 feet; thence North 00°02'19" West, a distance of 150.0 feet to the Point of Beginning.

    Parcel Identification Number: 32-26-18-0010-00000-3190;

7. 2003 Black Ford Pickup Truck, VIN No. 1FTNW21P93EC53207;

8. 2002 Yamaha Personal Watercraft, VIN No. YAMA4701E202; and

for a forfeiture money judgment in the amount of $946,000.00, for which the defendant is personally liable. This amount represents the total proceeds of the crime, from which defendant personally benefitted as a result of his participation in the conspiracy.

The court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between the offense and the specific property sought for forfeiture. The court further finds that the amount of proceeds obtained by the defendant as a result of his participation in the conspiracy as charged in Count One of the Indictment, for which defendant pled guilty is $946,000.00. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Dkt. #367) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853, all right, title and interest of defendant Yasmany Same in the above-referenced specific property is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853, and Fed. R. Crim. P. 32.2(b)(2), defendant Yasmany Same is personally liable for a forfeiture money judgment in the amount of $946,000.00, which represents the amount of proceeds the defendant obtained as a result of his participation in the conspiracy as charged in Count One of the Indictment.

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's other property up to the total value of the $946,000.00 money judgment as substitute assets in satisfaction of the judgment, pursuant to the provisions of 21 U.S.C. § 853(p).

The court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property and any other property, belonging to the defendant, that the United States is entitled to seek as substitute assets, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.Yasmany 367.wpd