UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 8:05-Cr-530-T-30EAJ

YASMANY SAME,

    Defendant.

**AMENDED PRELIMINARY ORDER OF**
**FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the court upon the filing of the Motion (Dkt. #495) of the United States of America for entry of an Amended Preliminary Order of Forfeiture for Substitute Asset for the following:

> Real property located at 1514/1516 S. Habana Avenue, Tampa, Florida 33629, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> THE SOUTH 56 FEET OF THE WEST ½ OF LOT 1, BLOCK 5, REVISED MAP OF HOLDEN'S SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 2 ON PAGE 19 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA. TAX FOLIO #:117456-0000.
>
> Parcel Identification Number: A2729183OY00000500001.2

The court, being fully advised in the premises, finds that the United States is entitled to seek forfeiture of the subject real property as a substitute asset for the real property located at 1510 S. Habana Avenue, Tampa, Florida, which Yasmany Same rented and used as a marijuana grow house, pursuant to the provisions of

Fed. R. Criminal. P. 32.2(e)(1)(B), and 21 U.S.C. § 853(p). Accordingly,

it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the Motion (Dkt. #495) of the United States is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of Fed. R. Criminal. P. 32.2(e)(1)(B), and 21 U.S.C. § 853(p), the above-referenced property is hereby forfeited to the United States for disposition according to law.

Upon adjudication of all third-party interests, this court will enter a Final Order of Forfeiture for Substitute Asset, pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Criminal. P. 32.2(c), which will address the interests of all parties and will vest clear title to the forfeited property in the United States.

**DONE** and **ORDERED** in Tampa, Florida on December 14, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record

S:\Even\2005\05-cr-530.amend forfeiture 495.wpd