UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 8:05-Cr-530-T-30EAJ

YASMANY SAME,

    Defendant.

## FINAL ORDER OF FORFEITURE AS TO 1514/1516 S. HABANA AVENUE, TAMPA

THIS CAUSE comes before the court upon the filing of a Motion (Dkt. #663) by the United States of America for a Final Order of Forfeiture for the following property:

Real property located at 1514/1516 S. Habana Avenue, Tampa, Florida 33629, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

THE SOUTH 56 FEET OF THE WEST ½ OF LOT 1, BLOCK 5, REVISED MAP OF HOLDEN'S SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 2 ON PAGE 19 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA. TAX FOLIO #:117456-0000.

Parcel Identification Number: A2729183OY00000500001.2.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion (Dkt. #663) of the United States is GRANTED.

It is further ORDERED that the above-referenced property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

It is further ORDERED that the United States Marshals Service be and is hereby given full possession and control of the property for disposition pursuant to law.

It is further ORDERED that all any and all outstanding taxes and interest due and owing the Hillsborough County Tax Collector, through the date of the Final Order of Forfeiture, be paid at the time of sale.

It is further ORDERED, absent an agreement, the United States, solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government's expenses relating to the seizure, maintenance, custody, publication, marketing, and sale of the property, including any and all outstanding taxes and interest due and owing the Hillsborough County Tax Collector, pay to U.S. Bank National Association as Trustee for Credit Suisse First Boston Heat 2004-8 as Trustee of Mortgage Electronic Registration Systems, Inc., (hereinafter "U.S. Bank") the following:

   a. all reasonable unpaid financed principal charges due to the Claimant under the Mortgage in the amount of $137,032.83, recorded on October 19, 2004, in official records Book 14327 Pages 103 - 125, in Hillsborough County, Florida, which instrument secured repayment of the funds due with respect to the subject property;

   b. all reasonable unpaid interest, at the contractual rate, in the amount of $25,632.68 as of September 24, 2007, with a daily per diem rate of $30.58 until date of payment; and

   c. real property taxes paid by the lienholder (not escrowed) in the total amount of **$17,104.13**.  This amount is arrived at by the following: 2004 taxes in the amount of $3,430.18 ($6,019.50 taxes paid **less interest penalties/fees** in the amount of $726.71 and **less the amount collected at closing on 8/23/04** in the amount of $1,862.61); 2005 taxes in the amount of $6,200.51 ($7,055.54 taxes paid **less interest penalties/fees** in the amount of $855.03); and 2006 taxes owed in the amount of $7,473.44 ($7,812.49 taxes paid **less interest penalties/fees** in the amount of $339.05).

   d. hazard insurance for 2005 (8/05 to 8/06) 2006 (8/06 to 8/07) and 2007 (8/07 to 8/08) paid by the lienholder (not escrowed) in the total amount of **$5,034.14** (2005 premium in the amount of $1,653.00, 2006 premium in the amount of $1,637.50, and 2007 premium in the amount of $1,743.64).  If the

      United States Marshals Service sells the property prior to the insurance expiration, the amount paid will be reduced accordingly.

No other costs or expenses incurred by U.S. Bank will be paid by the United States.

      **DONE** and **ORDERED** in Tampa, Florida on January 24, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.same 663.wpd