UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.  8:05-Cr-530-T-30EAJ

YASMANY SAME

### ORDER VACATING THE PRELIMINARY ORDER
### OF FORFEITURE FOR SPECIFIC PROPERTY AS
### TO 3937 VERSAILLES DRIVE, TAMPA, FLORIDA

THIS CAUSE comes before the Court upon the filing of the United States'
Motion to vacate the real property located at 3937 Versailles Drive, Tampa, Florida,
(Doc. 711) which was more specifically identified on October 23, 2006, in the
Preliminary Order of Forfeiture as to Specific Property and Order of Forfeiture
Money Judgment ("Preliminary Order of Forfeiture").  Doc. 378.

Being fully advised in the premises, the Court hereby finds that the subject
real property has a negative net equity and a foreclosure action will be filed by the
lienholder in the near future.

The Court further finds that the United States has filed a Release of *Lis
Pendens*.  Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said
Motion (Doc. 711) of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture be
vacated as to 3937 Versailles Drive, Tampa, Florida.

It is FURTHER ORDERED that the remainder of the Preliminary Order of

Forfeiture remain in full force and effect.

**DONE** and **ORDERED** in Tampa, Florida on February 24, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2005\05-cr-530.vacate 711.wpd